# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **BRANDON PICKENS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:20-cv-00353-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **TODD ISHEE, Secretary, North Carolina Department of Adult Correction,** | ) ) ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2024 Memorandum of Decision and Order.

March 25, 2024

Katherine Hord Simon, Clerk
United States District Court